United States Bankruptcy Court
For The
Western District Of Kentucky

In Re: Joshua W. Johnson

Debtor                                    Case Number 16-10447

Order Amending Order Of Confirmation

  Upon motion of the debtor, by counsel, to amend the order of confirmation, and the Court finding that no objections have been filed;

  IT IS ORDERED; ADJUDGED; AND DECREED that the order of confirmation is hereby amended as follows:

   1. Regarding the claim of Cavalry SPV, LLC, in the amount of 5214.75, this being claim number eleven, 10.00 shall be paid as secured at 1 percent interest, with the balance paid as unsecured.

   2. The percent paid to unsecured creditors shall be reduced to 9 percent because based on the schedule of allowed claims that has been filed, this is what is necessary to the plan to complete.

Respectfully Submitted:

/s/ Tim Berry Falls
Tim Berry Falls
Attorney For Debtor
PO Box 38
Campbellsville, KY 42718
(270) 789-4902

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 21, 2016

1